ADJUDGED IN THE

## *SUPREME COURT*

OF THE

### STATE OF NEW-YORK.

APRIL TERM, 1794.

## Dobbin *v.* Watkins.

*Affumpfit on Stock Contract.* ON the Trial it appeared that the Contract on the Part of the Plaintiff to *deliver,* and the one on the part of the Defendant to *receive* and *pay for* the Stock, had been reduced to *Writing,* and mutually figned and interchanged between the Parties; and the former was the *Confideration* of the latter or of the *Affumpfit* by the Defendant as charged in the Declaration. The Plaintiff could not produce the writing, and not having given Notice to the Defendant to produce it, whereby to entitle himfelf to prove its Contents, he was non-fuited.                           B.